UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROMELLE BRADFORD,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>THE CITY OF SEATTLE, a Municipal Corporation and SEATTLE POLICE OFFICER J. BRISKEY,<br><br>　　　　　Defendants. | Case No. C07-365JPD<br><br>TAXATION OF COSTS |

Costs in the above-entitled cause are hereby taxed against DEFENDANTS and on behalf of PLAINTIFF ROMELLE BRADFORD in the unopposed amount of $4,507.84.

Entered this ___20th___ day of JUNE , 2008 .

_____
Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 1